### DICK REDDING v. THE STATE.

No. 11486.   Delivered April 4, 1928.

#### Theft of Chickens—Statute Invalid—Companion Case.

This is a companion case to the case of Dick Redding v. State, No. 11485, opinion this day handed down. For the reasons therein stated we deem the law under which this prosecution was had, as violative of the Constitution, and the judgment herein will be reversed and the prosecution ordered dismissed.

Appeal from the District Court of Franklin County.   Tried below before the Hon. R. T. Wilkinson, Judge.

Appeal from a conviction for theft of chickens, penalty a fine of ten dollars and ten days in the county jail.

*W. D. Carlock,* for appellant.

*Senator P. B. Ward* of Cleburne, and *A. A. Dawson* of Canton, State's Attorney, for the State.

LATTIMORE, JUDGE.—Conviction for theft of chickens, punishment a fine of $100 and ten days in the county jail.

This is a companion case to the case of Dick Redding v. State, No. 11485, opinion this day handed down. For the reasons therein stated, and because we deem the law under which this prosecution was had as violative of the Constitution, the judgment herein will be reversed and the prosecution ordered dismissed.

*Reversed and dismissed.*